District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL BALOCH, | Case No. 2:24-cv-00942-JLR |
| Plaintiff, | STIPULATED MOTION TO EXTEND DEADLINE AND [~~PROPOSED~~] ORDER |
| v. | |
| TIM H. KIM, *et al.*, | Noted for Consideration: September 5, 2024 |
| Defendants. | |

The parties, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Civil Rules 10(g) and 16, hereby stipulate and move for a 30-day extension of the deadline for Defendants to respond to the Complaint. Defendants' current responsive deadline is September 6, 2024. Good cause exists to extend this deadline to October 7, 2024.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate the

STIPULATED MOTION
[Case No. 2:24-cv-00942-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Form I-730, Refugee/Asylee Relative Petitions, that he filed on behalf of his spouse and children. USCIS recently approved the petitions and will transmit those petitions to the State Department's National Visa Center ("NVC") for processing and transfer to the appropriate overseas post. Once USCIS confirms that this process has been completed, Plaintiff will voluntarily dismiss the case.

As additional time is necessary for this to occur, the parties request that the Court extend Defendants' deadline to respond to the Complaint to October 7, 2024.

DATED this 5th day of September, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | OPEN SKY LAW, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Devin T. Theriot-Orr*<br>DEVIN T. THERIOT-ORR, WSBA #33995<br>20415 72nd Avenue S, Suite 110<br>Kent, Washington 98032<br>Phone: (206) 962-5052<br>Email:  devin@opensky.law<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

**I certify that this memorandum contains 206 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION
[Case No. 2:24-cv-00942-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[~~PROPOSED~~] ORDER**

Defendants shall respond to the Complaint on or before October 7, 2024.  It is so **ORDERED**.

DATED this 6th day of September, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge

STIPULATED MOTION
[Case No. 2:24-cv-00942-JLR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800